FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS -5 PM 4:03

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 20cr10072 |
| ) | DISTRICT OF MASS. |
| v. ) | Violations: |
| ) | |
| COREY GOLDBERG, ) | Count One: Distribution of 50 Grams or More |
| ) | of Methamphetamine |
| Defendant ) | (21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)) |
| ) | |
| ) | Counts Two and Three: Distribution of a |
| ) | Mixture and Substance Containing |
| ) | Methamphetamine |
| ) | (21 U.S.C. § 841(a)(1)) |
| ) | |
| ) | Count Four: Possession with Intent to |
| ) | Distribute 50 Grams or More of a Mixture and |
| ) | Substance Containing Methamphetamine |
| ) | (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)) |
| ) | |
| ) | Forfeiture Allegation: |
| ) | (21 U.S.C. § 853) |

INFORMATION

COUNT ONE
Distribution of 50 Grams or More of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The United States Attorney charges:

On or about August 23, 2019, in Boston, in the District of Massachusetts, the defendant,

COREY GOLDBERG,

did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

1

## COUNT TWO
Distribution of a Mixture and Substance Containing Methamphetamine
(21 U.S.C. § 841(a)(1))

The United States Attorney further charges:

On or about September 5, 2019, in Boston, in the District of Massachusetts, the defendant,

COREY GOLDBERG,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE
Distribution of a Mixture and Substance Containing Methamphetamine
(21 U.S.C. § 841(a)(1))

The United States Attorney further charges:

On or about September 18, 2019, in Boston, in the District of Massachusetts, the defendant,

**COREY GOLDBERG**,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR
Possession with Intent to Distribute 50 Grams or More
of a Mixture and Substance Containing Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))

The United States Attorney further charges:

On or about October 17, 2019, in Boston, in the District of Massachusetts, the defendant,

COREY GOLDBERG,

did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The United States Attorney further alleges:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Section 841, set forth in Counts One through Four, the defendant,

COREY GOLDBERG,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. The property to be forfeited includes, but is not limited to, the following assets:

    a. $4,000, to be entered in the form of a forfeiture money judgment; and

    b. the residence and real property located at 230 Beacon Street, Unit B2, Boston, Massachusetts, and all improvements thereon.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

ANDREW E. LELLING
United States Attorney

By: _____
JAMES E. ARNOLD
Assistant U.S. Attorney

Dated:   March 5, 2020.