**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    Category No. **III**    Investigating Agency **DEA**

City **Boston**

**Related Case Information:**

County **Suffolk**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant **X**
Magistrate Judge Case Number _____
Search Warrant Case Number **19-mj-6490-MPK**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Corey Goldberg**    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) **Boston, MA**

Birth date (Yr only): **1974**    SSN (last4#): **4369**    Sex **M**    Race: **W**    Nationality: **US**

Defense Counsel if known: **Jason Benzaken**    Address **1342 Belmont Street**

Bar Number _____    **Suite 102**

   **Brockton, MA 02301**

**U.S. Attorney Information:**

AUSA **James E. Arnold**    Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☑ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony **4**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **03/05/2020**    Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Corey Goldberg

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 841(a)(1) and (b)(1)(A)(viii) | Distribution of 50 grams or more of methamphetamine | 1 |
| Set 2 | 21 USC 841(a)(1) | Distribution of a mixture or substance containing methamphetamine | 2 |
| Set 3 | 21 USC 841(a)(1) | Distribution of a mixture or substance containing methamphetamine | 3 |
| Set 4 | 21 USC 841(a)(1) and (b)(1)(B)(viii) | Possession with intent to distribute 50 grams or more of a mixture or substance containing methamphetamine | 4 |
| Set 5 | 21 USC 853 | Drug Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____