UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 20-CR-10072-GAO |
| ) | |
| COREY GOLDBERG, ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

**O'TOOLE, D.J.**

      WHEREAS, on March 5, 2020, the United States Attorney for the District of Massachusetts filed a four-count Information charging defendant Corey Goldberg (the "Defendant") with Distribution of 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(l) and (b)(l)(A)(viii) (Count One); Distribution of a Mixture and Substance Containing Methamphetamine, in violation of 21 U.S.C. § 841(a)(l) (Counts Two and Three); and Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(l) and (b)(l)(B)(viii) (Count Four);

      WHEREAS, the Information also included a forfeiture allegation, pursuant to 21 U.S.C. § 853, which provided notice that the United States intended to seek the forfeiture, upon conviction of the Defendant of any offense alleged in Counts One through Four of the Information, of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.   Such property specifically included, without limitation:

      (a)      the residence and real property located at 230 Beacon Street, Unit B2, Boston,

Massachusetts, and all improvements thereon[1] (the "Real Property");

WHEREAS, on September 18, 2020, pursuant to an executed Settlement Agreement, the Defendant agreed to forfeit $278,604.80 in United States currency (the "forfeited Currency") in lieu of forfeiting the Real Property[2];

WHEREAS, on October 6, 2022, the United States Marshals Service received a check from the Defendant in the amount of $278,604.80; and,

WHEREAS, on October 12, 2022, in connection with the charges against the Defendant, this Court issued an Order of Forfeiture (Money Judgment) against the forfeited Currency, pursuant to 21 U.S.C. § 853.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the forfeited Currency, and are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853, and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the forfeited Currency are hereby held in default.

4. The United States is hereby authorized to dispose of the forfeited Currency in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this

---

[1] The Information also listed $4,000, to be entered in the form of a forfeiture money judgment. Separate filings addressed this specific, $4,000 personal money judgment.
[2] The Defendant also agreed to forfeit $4,000, to be entered in the form of a forfeiture money judgment.

Order.

                /s/ George A. O'Toole, Jr.

**GEORGE A. O'TOOLE**
United States District Judge

Dated: April 12, 2023

20-cr-10072-GAO